UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENIA SONG,

                Plaintiff,

        -against-

PETER COLEMAN,

                Defendant.

23-CV-4526 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 17, 2023
             New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                  Chief United States District Judge